**Electronically Filed
Supreme Court
SCPW-20-0000625
10-NOV-2020
08:42 AM
Dkt. 6 ODDP**

SCPW-20-0000625

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

JOSEPH PITTS, Petitioner,

vs.

THE HONORABLE ROWENA SOMERVILLE,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING
(CR. NO. 1PC091000097)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Nacino, assigned by reason of vacancy)

Upon consideration of petitioner Joseph Pitts's petition for writ of habeas corpus, filed on October 19, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner fails to demonstrate that he is entitled to the requested extraordinary relief from this court. See HRS § 804-9; Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). In addition, petitioner is represented

by counsel and any requests for relief should be submitted through counsel.  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, November 10, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Edwin C. Nacino